IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01146-LTB-KLM

MARVIN G. DJONNE, JR.

    Plaintiff,

v.

CATHIE HOLST, AIC-ADA Inmate Coordinator,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to File an Amended Complaint** [Docket No. 17; Filed September 10, 2008] (the "Motion").

    Fed.R.Civ.P. 15(a) provides for liberal amendment of pleadings. Leave to amend is discretionary with the court. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Viernow v. Euripides Devel. Corp.*, 157 F.3d 785, 799 (10th Cir. 1998). Amendment under the rule has been freely granted. *Castleglenn, Inc. v. Resolution Trust Company*, 984 F.2d 1571 (10th Cir. 1993) (internal citations omitted). "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." *Frank v. U.S. West, Inc.*, 3 F.3d 1357, 1365 (10th Cir. 1993). The Court has reviewed Plaintiff's Motion, and has determined that justice requires that Plaintiff be allowed to file a Third Amended Complaint. Moreover, the Court finds that no prejudice will be suffered by Defendant as Defendant has not yet been served.

    Accordingly, IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiff is directed to file his Third Amended Complaint on or before **October 6, 2008**.

    Dated: September 15, 2008