IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01146-LTB-KLM

MARVIN G. DJONNE, JR.

    Plaintiff,

v.

CATHIE HOLST, AIC-ADA Inmate Coordinator,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to File an Amended Complaint** [Docket No. 20; Filed September 17, 2008] (the "Motion").

    Plaintiff requests leave to file an Amended Complaint. However, by Order dated September 17, 2008 [Docket No. 19], the Court previously granted Plaintiff's request to file an Amended Complaint. Plaintiff is directed that he must file a Third Amended Complaint that contains all Defendants and the specific claims for relief that Plaintiff wishes to assert on the court-approved "Prisoner Complaint" form on or before **October 6, 2008**.

    Accordingly, IT IS HEREBY **ORDERED** that the Motion is **DENIED AS MOOT**.

    IT IS FURTHER **ORDERED** that the clerk of the court mail to Mr. Djonne, together with a copy of this order, two copies of the following form: Prisoner Complaint.

    Dated: September 18, 2008