FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 3 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01146-LTB-KLM

MARVIN G. DJONNE, JR.,

    Plaintiff,

v.

CATHIE HOLST, AIC-ADA Inmate Coordinator,

    Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendant.

BY THE COURT:

__s/ Kristen L. Mix_____

United States Magistrate Judge

Dated: September 23, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01146-LTB-KLM

Marvin G. Djonne, Jr.
Doc No. 108551
Ft. Lyon Corr. Facility
PO Box 1000
Ft. Lyon, CO 81038

Cathy Holst - **WAIVER\***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Cathy Holst; and to John Suthers: AMENDED COMPLAINT FILED 08/21/08, WAIVER\* SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/23/08.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk