IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01146-LTB-KLM

MARVIN G. DJONNE, JR.

    Plaintiff,

v.

CATHIE HOLST, AIC-ADA Inmate Coordinator,
PEGGY HEIL, Sex Offender Treatment Management Program,
RICH LINS, Sex Offender Treatment Management Program,
DR. CREANY, Fremont Correctional Facility Medical,
DR. WALSH, Fremont Correctional Facility Medical,

    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

## ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915 [Docket No. 1]. Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed **in forma pauperis** [Docket No. 6]. With leave of the Court, Plaintiff filed a Third Amended Complaint on October 6, 2008, which added Peggy Heil, Rich Lins, Dr. Creany and Dr. Walsh as Defendants [Docket No. 31]. It is now

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service of the Complaint from Defendants Peggy Heil, Rich Lins, Dr. Creany and Dr. Walsh.[1] If the Clerk is unable to obtain waiver of service from these Defendants, the United States Marshal shall serve a copy of the Complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that Defendants Peggy Heil, Rich Lins, Dr. Creany and Dr. Walsh or their counsel shall respond to the Complaint as provided for in the Federal Rules of Civil Procedure after service of process on them.

---

[1] An Order Granting Service [Docket No. 24] was previously issued for the defendant not named in this Order, which was executed on September 23, 2008 [Docket No. 25].

BY THE COURT:
s/ Kristen L. Mix
United States Magistrate Judge

Dated: October 29, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01146-LTB-KLM

Marvin G. Djonne, Jr.
Prisoner No. 108551
Ft. Lyon Corr. Facility
PO Box 1000
Ft. Lyon, CO 81038

Peggy Heil, Rich Lins,
Dr. Creany and Dr. Walsh - **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Peggy Heil, Rich Lins, Dr. Creany and Dr. Walsh; and to John Suthers: SECOND AMENDED COMPLAINT FILED 10/06/08, WAIVER* SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/30/08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk