IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01146-LTB-KLM

MARVIN G. DJONNE, JR.

      Plaintiff,

v.

CATHIE HOLST, AIC-ADA Inmate Coordinator,
PEGGY HEIL, Sex Offender Treatment Management Program,
RICH LINS, Sex Offender Treatment Management Program,
DR. CREANY, Fremont Correctional Facility Medical,
DR. WALSH, Fremont Correctional Facility Medical,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Defendants' Motion to Stay Dispositive Motions Deadline** [Docket No. 54; Filed April 28, 2009] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The dispositive motions deadline is **STAYED** pending the District Judge's decision on the Recommendation of the United States Magistrate Judge [Docket No. 52].

Dated: April 29, 2009