**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-01146-LTB-KLM

MARVIN G. DJONNE, JR.,

      Plaintiff,

v.

CATHIE HOLST, AIC-ADA Inmate Coordinator,
PEGGY HEIL, Sex Offender Treatment Management Program,
RICH LINS, Sex Offender Treatment Management Program,
DR. CREANY, Fremont Correctional Facility Medical,
DR. WALSH, Fremont Correctional Facility Medical,

      Defendants.

___

**ORDER**
___

THIS CASE is before me on the Recommendation of the Magistrate Judge that Defendant Holst's Motion to Dismiss (Doc 38) and Defendants Heil, Lins, Creany, and Walsh's Motion to Dismiss (Doc 41) be granted and Plaintiff's Amended Complaint be dismissed.  The Plaintiff has filed timely written objections to the Magistrate Judge's recommendation.  Accordingly, I have reviewed the Recommendation *de novo* in light of the file and record in this case.  On *de novo* review, I conclude that the recommendation is correct.  Accordingly

1

IT IS ORDERED that Defendant Holst's Motion to Dismiss (Doc 38) and Defendants Heil, Lins, Creany, and Walsh's Motion to Dismiss (Doc 41) are GRANTED and Plaintiff's Amended Complaint is DISMISSED.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   June 22, 2009